Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PRIORITY RECORDS LLC, a California limited liability company; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; MOTOWN RECORD COMPANY, L.P., a California limited partnership; and ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>CYNTHIA R. MENYWEATHER,<br><br>Defendant. | No. 2:05-cv-01144-JCC-RSL<br>**Yarmuth File Sharing Litigation**<br><br>**DEFAULT JUDGMENT AND PERMANENT INJUNCTION** |

Having considered Plaintiffs' Application for Default Judgment by the Court, and good cause appearing therefore, it is ORDERED:

1.   Plaintiffs seek the minimum statutory damages of $750 per infringed work, as authorized under the Copyright Act (17 U.S.C. § 504(c)(1)), for each of the five sound recordings listed in Exhibit A to the Complaint.  Accordingly, having been adjudged to be in default, Defendant shall pay damages to Plaintiffs for infringement of Plaintiffs'

**DEFAULT JUDGMENT AND PERMANENT INJUNCTION**
No. **2:05-cv-01144-JCC-RSL - Page 1**

**YARMUTH WILSDON CALFO PLLC**
THE IDX TOWER
925 FOURTH AVENUE, SUITE 2500
SEATTLE, WA 98104
T 206 516 3800   F 206 516 3888

copyrights in the sound recordings listed in Exhibit A to the Complaint, in the total principal sum of Three Thousand Seven Hundred Fifty Dollars ($3,750.00).

2. Defendant shall further pay Plaintiffs' costs of suit herein in the amount of Three Hundred Thirty Dollars ($330.00).

3. Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the following copyrighted sound recordings:

- "You Can Do It," on album "War & Peace: Vol. 2," by artist "Ice Cube" (SR# 287-151);
- "Human Nature," on album "Thriller," by artist "Michael Jackson" (SR# 41-965);
- "Fire and Desire," on album "Street Songs," by artist "Rick James" (SR# 25-800);
- "Keep On," on album "Bad As I Wanna B," by artist "MC Lyte" (SR# 225-726);
- "Always Be My Baby," on album "Daydream," by artist "Mariah Carey" (SR# 215-243);

and in any other sound recording, whether now in existence or later created, that is owned or controlled by the Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs.  Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or

**DEFAULT JUDGMENT AND PERMANENT INJUNCTION**
No. **2:05-cv-01144-JCC-RSL - Page 2**

**YARMUTH WILSDON CALFO PLLC**
THE IDX TOWER
925 FOURTH AVENUE, SUITE 2500
SEATTLE, WA 98104
T 206 516 3800  F 206 516 3888

1  server without Plaintiffs' authorization and shall destroy all copies of those downloaded
2  recordings transferred onto any physical medium or device in Defendant's possession,
3  custody, or control.

4
5  DATED: October 24, 2005        By: /s/ Robert S. Lasnik
6                                     Robert S. Lasnik
                                       United States District Judge
7

8  Presented by:
9  Scott T. Wilsdon, WSBA #20608
   Lyle A. Tenpenny, WSBA #34883
10 **YARMUTH WILSDON CALFO PLLC**
   The IDX Tower
11 925 Fourth Avenue, Suite 2500
   Seattle, Washington 98104
12 (206) 516-3800
   (206) 516-3888 (fax)
13

14 Attorneys for Plaintiffs
   PRIORITY RECORDS LLC; SONY BMG
15 MUSIC ENTERTAINMENT; MOTOWN
   RECORD COMPANY, L.P.; and ELEKTRA
16 ENTERTAINMENT GROUP INC.

**DEFAULT JUDGMENT AND
PERMANENT INJUNCTION**
No. **2:05-cv-01144-JCC-RSL** - Page 3

**YARMUTH WILSDON CALFO PLLC**
THE IDX TOWER
925 FOURTH AVENUE, SUITE 2500
SEATTLE, WA 98104
T 206 516 3800  F 206 516 3888

305.25 fj201303